George S. Hayes, Appellant, v. Attilio Pasquini, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Ewald Horning, as Administrator, etc., Respondent, v. Beadleston & Woerz, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of George B. Hawthorne, Appellant, for a Writ of Mandamus against Rhinelander Waldo, as Police Commissioner, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Aanon Johansen, Respondent, v. James Shewan and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Macha Kochman, Respondent, v. Sona Ratner, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

George Loudon, Appellant, v. William A. Solling, Respondent.— The evidence presents a question of fact for the jury. Judgment reversed and new trial granted, costs to abide the event. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Charles H. Mills, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event. We think that the great preponderance of evidence is to the effect that plaintiff could have seen the engine approaching if he had looked; the darkness was not sufficient to prevent this. Jenks, P. J., Burr and Putnam, JJ., concurred; Rich and Stapleton, JJ., dissented.

Edward Mirr, an Infant, by Mary Mirr, His Guardian ad Litem, Respondent, v. Robert S. McCreery, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of recovery to the sum of $7,500, exclusive of costs, in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

John O'Leary, Respondent, v. Hay Foundry and Iron Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.